979 A.2d 847

Kevin WYATT, Appellant

v.

Jeffrey A. BEARD, Appellee.

Supreme Court of Pennsylvania.

Oct. 1, 2009.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of October, 2009, the Order of the Commonwealth Court is **AFFIRMED.**